IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF | : | MISCELLANEOUS |
| | : | |
| PAUL GEORGE | : | |
| | : | |

## ORDER

AND NOW, this 14th day of September, 2022, it is hereby ORDERED that this matter is referred to a Panel of this Court, to be chaired and selected by Judge Paul S. Diamond, to determine whether or not discipline is warranted in connection with Respondent's conduct reported in Wharton v. Vaughn, Civ. No. 01-6049 (E.D. Pa.).

AND IT IS SO ORDERED.

_____
Juan R. Sánchez, C.J.