**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN THE MATTER OF** | : | **MISCELLANEOUS** |
| | : | |
| **PAUL M. GEORGE** | : | **No. 22-50** |
| | : | |

## O R D E R

**AND NOW**, this 13th day of January, 2025, it is **ORDERED** that a hearing in the above-captioned matter will be held on **February 24, 2025, at 1:30 p.m.** in Courtroom 14A, United States District Court, 601 Market Street, Philadelphia, PA 19106. You may have counsel represent you at the hearing.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.

cc:    Honorable Gerald J. Pappert
       Honorable John M. Gallagher
       Alfred W. Putnam, Jr.
       Paul M. George
       David Rudovsky