**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN THE MATTER OF** | : | **MISCELLANEOUS** |
| | : | |
| **PAUL M. GEORGE** | : | **No. 22-50** |
| | : | |

**O R D E R**

**AND NOW**, this 24th day of January, 2025, it is **ORDERED** that the hearing scheduled

for **February 24, 2025, at 1:30 p.m.** will be **RESCHEDULED**.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.

cc: Honorable Gerald J. Pappert
   Honorable John M. Gallagher
   Alfred W. Putnam, Jr.
   Paul M. George
   David Rudovsky