**KAIRYS, RUDOVSKY, MESSING, FEINBERG & LIN LLP**          Law Offices

The Cast Iron Building
718 Arch Street
Suite 501 South
Philadelphia, PA 19106

David Rudovsky                                          Phone  (215) 925-4400
Paul Messing                                           Fax     (215) 925-5365
Jonathan H. Feinberg                                   drudovsky@krlawphila.com
Susan M. Lin
Grace Harris
Ilene Kalman (1985-1996)                               www.krlawphila.com
David Kairys
  Of Counsel
Tanya Alexander
  Office Manager


April 28, 2025

Honorable Paul S. Diamond
United States District Court

*Via Email*

Re: In the Matter of Paul M. George, Misc. No. 22-50

Dear Judge Diamond:

I write at the suggestion of Disciplinary Counsel Alfred W. Putnam, Jr., to request access to the transcript of the hearing for co-respondent Nancy Winkelman held on March 28, 2025.  The transcript is needed for full and proper representation of Mr. George at his hearing on May 16, 2025.

Mr. George and I agree to maintain confidentiality of the transcript and any exhibits, and we will use those documents solely in preparation for the hearing and any briefing on the disciplinary charges, with all filings under seal. I have spoken with Mr. Sitarchuk, who represents Ms. Winkelman, and he agreed to the release of the transcript under these terms and conditions. Mr. Sitarchuk may request reciprocal access to the hearing transcript from the George hearing, and I agree with that process as well.

Thank you for your consideration of this request.

Sincerely,

/s/ David Rudovsky

cc: Honorable Gerald J. Pappert
    Honorable Joh M. Gallagher
    Alfred M. Putnam, Jr.
    Paul George
    Eric Sitarchuk