**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF PAUL GEORGE                    NO. 2:22-MC-50

**RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE**

**OBJECTIONS TO THE COURT'S REPORT AND RECOMMENDATIONS**

Respondent Pau George moves to extend the time to file Objections to the Court's Report and Recommendations filed Augst 19, 2025, and in support alleges:

1.  This Court filed a Report and Recommendations on August 19, 2025 and ordered Respondent to file any Objections by September 2, 2025.

2.  Undersigned counsel for Respondent has a previously scheduled vacation for most of the week of Augst 24, 2025 and obligations for filing and conferences in other pending litigation in this Court and other courts, over the next 30 days.

3.  Filing of the Objections with the necessary factual statements and legal arguments will require significant time to ensure a proper filing.

4.  Disciplinary counsel, Alfred Putnam, does not object to this request for an extension of time.

Wherefore, Respondent respectfully requests that the Court enter an Order extending the time for the filing of Objections to September 23, 2025.

Respectfully submitted,

s/David Rudovsky

Kairys, Rudovsky, Messing, Feinberg & Lin

718 Arch St. Phila. Pa 19016

ID. No.15168

drudovsky@krlawphila.com

215-925-4400