**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN THE MATTER OF** | : | **MISCELLANEOUS** |
| | : | |
| **PAUL M. GEORGE** | : | **No. 22-50** |
| | : | |

## O R D E R

**AND NOW**, this 22nd day of August, 2025, upon consideration of Respondent's Motion

for Extension of Time to File Objections to the Court's Report and Recommendations (Doc. No.

52), it is hereby **ORDERED** that the Motion is **GRANTED**.  Respondent **SHALL file** Objections

**on or before September 23, 2025.**

                         **AND IT IS SO ORDERED.**


                         */s/ Paul S. Diamond*

                         Paul S. Diamond, J.

cc:   Honorable Gerald J. Pappert
       Honorable John M. Gallagher
       Alfred W. Putnam, Jr.
       Paul M. George
       David Rudovsky