## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF PENNSYLVANIA

**IN THE MATTER OF PAUL GEORGE**               **NO. 2:22-MC-50**

### MOTION TO PERMIT COUNSEL FOR RESPONDENT GEORGE TO CONSULT WITH OTHER LAWYERS TO DRAFT OBJECTIONS

Respondent Paul George, by undersigned counsel, moves this Court to permit his counsel to confer with other counsel to assist in the drafting of Objections to the Report and Recommendation ("Report") and, in support, alleges:

1. This Court has filed a Report finding disciplinary violations by Mr. George. By Court order, the Objections to the Report are to be filed on or before September 23, 2025.

2. Under Rule 83.6, Subpart Rule (E), Local Rules of Civil Procedure of the Eastern District, the proceedings in this case shall remain under seal pending a final order of the full Court. If a violation and a public sanction are ordered, the filings shall be unsealed. If no violation or public sanction is ordered, they shall remain sealed.

3. Mr. George and his counsel seeks permission to share the Report and transcript of the hearings in his case and his legal submissions to this Court with lawyers admitted to the bar of Pennsylvania and this Court to advise on arguments to be submitted in support of the Objections. Counsel regularly consults with colleagues on briefing and motions in his practice of law and has found that such consultation assists him in providing professional representation.

4. Mr. George waives his right to the confidentiality of these documents with respect to the disclosure to other counsel and has no objection to restrictions the Court may place on the lawyers consulted as to their duty not to disclose the materials to any other person or entity.

5. Disciplinary Counsel in this case has informed undersigned counsel that he has no objection to this Motion.

Respectfully submitted,

s/ David Rudovsky

Counsel for Respondent George

718 Arch St. Philadelphia PA 19119

Attorney ID 15168