**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN THE MATTER OF | : | MISCELLANEOUS |
| | : | |
| PAUL M. GEORGE | : | No. 22-50 |
| | : | |

## O R D E R

**AND NOW**, this 28th day of August, 2025, upon consideration of Respondent's Unopposed "Motion to Permit Counsel for Respondent George to Consult with Other Lawyers to Draft Objections" (Doc. No. 54), it is hereby **ORDERED** as follows:

1. The Motion (Doc. No. 54) is **GRANTED**.

2. In preparing his Objections to the Panel's August 18, 2025 Report and Recommendation in this matter (Doc. No. 51), Respondent's Counsel may consult with other lawyers, providing that they agree to abide by the Court's confidentiality requirements as set out in its Local Rules.

**AND IT IS SO ORDERED.**

_Paul S. Diamond_
Paul S. Diamond, J.

cc:   Honorable Gerald J. Pappert
Honorable John M. Gallagher
Alfred W. Putnam, Jr.
Paul M. George
David Rudovsky