## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN THE MATTER OF** | : | **MISCELLANEOUS** |
| | : | |
| **PAUL M. GEORGE** | : | **No. 22-mc-50** |
| | : | |

## O R D E R

**AND NOW**, this 22nd day of October, 2025, after consideration by the Board of Judges of the August 19, 2025 Report and Recommendation of a panel of the Court's Attorney Discipline Committee in which the panel recommended that Mr. George be disbarred; Mr. George's Objections thereto; and a vote whereby the majority of the Judges of this Court approved the Report and Recommendation, **IT IS HEREBY ORDERED AS FOLLOWS:**

1.    The August 19, 2025 Report and Recommendation (Doc. No. 51) is **APPROVED**;

2.    Mr. George is **DISBARRED** from the bar of the United States District Court for the Eastern District of Pennsylvania effective immediately.

It is **FURTHER ORDERED** that all filings in this matter, including the Panel's Report and Recommendation remain **SEALED** pending the termination of all appeals and any further proceedings in this Court.

BY THE COURT:


/s/ Wendy Beetlestone
**WENDY BEETLESTONE, C.J.**