**KAIRYS, RUDOVSKY, MESSING, FEINBERG & LIN LLP**

Law Offices

The Cast Iron Building
718 Arch Street
Suite 501 South
Philadelphia, PA 19106

David Rudovsky
Paul Messing
Jonathan H. Feinberg
Susan M. Lin
Grace Harris
Ilene Kalman (1985-1996)
David Kairys
   Of Counsel
Tanya Alexander
   Office Manager

Phone  (215) 925-4400
Fax     (215) 925-5365
drudovsky@krlawphila.com

www.krlawphila.com

October 30, 2025

Chief Judge Wendy Beetlestone
U.S. District Court, Eastern District of Pennsylvania

*By email*

Re: *In the Matter of Paul George, No. 2:22-mc-50*

Dear Chief Judge Beetlestone:

I am in receipt of the Court's Order of October 22, 2025, approving the Report and Recommendation and disbarring Mr. George from the bar of the United States District Court for the Eastern District of Pennsylvania, and further ordering that all filings shall remain sealed pending the termination of appeals.

Mr. George intends to file a notice of appeal, and I respectfully request information with respect to the full Court's approval of the Report and Recommendation. First, the Objections sought recusal of the Panel Members on the Objections, but this Court's Order does not reference whether that recusal request was honored. As I would raise this issue on the appeal if any of the Panel members engaged in the deliberations or vote on the Objections, I request that the information as to recusal be provided to Mr. George and Disciplinary Counsel.

Second, there is no reference in the October 22, 2025 Order of this Court as to the final vote on the Objections (approval or disapproval). In *In re Robert B. Surrick*, 338 F.3d 224, 228-229 (3d Cir. 2003) the Court specified the final vote of the District Court, and I would ask this Court to provide that same information to Mr. George and Disciplinary Counsel.

I appreciate the Court's consideration of this matter.

Sincerely,

s/David Rudovsky

cc: Alfred W. Putnam, Jr., Disciplinary Counsel