**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISCTRICT OF PENNSYLVANA**

**IN THE MATTER OF PAUL M. GEORGE    :    Misc. No. 2:22-mc-50**

**MOTION TO DISCLOSE INFORMATION REGARDING DISTRICT
COURT APPROVAL OF THE PANEL'S REPORT AND RECOMMENDATION**

Respondent Paul M. George, by undersigned counsel, moves this Court to disclose facts regarding the Court's Order of October 22, 2025 approving the Report and Recommendation ("R&R") that are relevant to the pending appeal: (a) whether the Panel Members participated in the deliberations and vote on the  R&R in the face of the recusal request of Mr. George and (b) the numerical vote of the Judges  In support, Mr. George alleges:

1.  On September 22, 2025, Mr. George filed Objections to the Panel's R&R in which he sought recusal of the Panel Members' participation in the Court's deliberations and vote on the Objections to the R&R. *See* Objections, at 34 (argument for recusal with case citations). The Objections are incorporated by reference.

2.  Disciplinary Counsel did not respond on the merits to the recusal request, stating that the issue of recusal was beyond his "assignment," and no response was filed by the Panel Members on the recusal issue.

3.  Prior to the Court's deliberations on the Objections on October 20, 2025, Mr. George did not receive notice as to whether the recusal request was approved or rejected.

1

4. On October 22, 2025, the District Court, per Chief Judge Wendy Beetlestone, filed an Order (ECF 59) approving the R&R (pursuant "to a vote [by a] majority of the Judges") disbarring Mr. George from the bar of this Court.  The Court also ordered that the case remain under seal "pending the termination of all appeals and any further proceedings in this Court."

5. The Court's Order of October 22, 2025, did not reference the recusal request or provide any information as to the participation in the deliberations and/or vote on the R&R, and did not state the numerical vote by the Judges.  As briefed in the Objections, there were compelling grounds for recusal, and that issue will be presented by Mr. George on appeal.  Accordingly, this Court should disclose to the parties and the Court of Appeals the participation, if any, of the Members of the Panel, in the deliberations (including arguments or assertions in favor of approving the R&R).

6. Further, this Court should disclose the numerical vote of the Judges.  *See In re Robert B. Surrick*, 338 F.3d 224, 228-229 (3d Cir. 2003) (referencing the numerical vote in an attorney disciplinary matter).

2

**Wherefore,** for the foregoing reasons, this Court should grant the Motion to Disclose Information.

Respectfully submitted,

s/David Rudovsky

Kairys, Rudovsky, Messing, Feinberg & Lin, LLP

718 Arch Street, Suite 501S, Phila PA 19106

Cell: 215-901-6894

Counsel for Paul M. George