**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN THE MATTER OF PAUL GEORGE** | **MISCELLANEOUS ACTION** |
| | **NO.  22MC50** |

## O R D E R

**AND NOW**, this 5th day of December, 2025, upon consideration of Respondent's

Motion to Disclose Information Regarding District Court Approval of the Panel's Report and

Recommendation (ECF No. 63), it is **HEREBY ORDERED** that Respondent's Motion is

**GRANTED IN PART AND DENIED IN PART**, as follows:

1. Respondent's Motion is **GRANTED** with respect to the following information:

   a. The Board of Judges considered the Report and Recommendation of the
   Disciplinary Panel and the Objections filed by Mr. George in tandem.  The Board
   voted to approve the Report and Recommendation notwithstanding the
   Objections, but did not vote separately on overruling said Objections; and,

   b. The members of the Disciplinary Panel participated in both the discussion before
   the vote and in the vote itself.

2. Respondent's Motion is **DENIED** in all other respects.

**BY THE COURT:**


**S. WENDY BEETLESTONE**

_____

**WENDY BEETLESTONE, C.J.**