# U.S. District Court

## Pennsylvania Eastern - Philadelphia

Receipt Date: Dec 16, 2025 3:02PM

KAIRYS RUDOVSKY MESSING FEINBERG & LIN, LLP

| Rcpt. No: 20034226 | | Trans. Date: Dec 16, 2025 3:02PM | | | Cashier ID: #SG (2392) |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| **CD** | **Tender** | | | | **Amt** |
|---|---|---|---|---|---|
| PC | OTCnet Check | #18194 | 12/10/2025 | | $605.00 |
| | | | Total Due Prior to Payment: | | $605.00 |
| | | | Total Tendered: | | $605.00 |
| | | | Total Cash Received: | | $0.00 |

**Comments**: 22-MC-0050 PAUL M. GEORGE

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.