### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN THE MATTER OF PAUL GEORGE** | **MISCELLANEOUS ACTION**<br><br>**NO. 22MC50** |
| **IN THE MATTER OF NANCY WINKELMAN** | **MISCELLANEOUS ACTION**<br><br>**NO. 22MC51** |

### O R D E R

**AND NOW**, this 26th day of March, 2026, upon consideration of Respondent George's Motion to Unseal (ECF No. 66), Motion Requesting Copies of Sealed Filings (ECF No. 68) filed in the matter captioned 2:22-mc-0050, and Respondent Winkelman's Omnibus Response thereto (ECF No. 71[1]) it is **HEREBY ORDERED** that Respondent George's Motions (ECF No. 66, 68) are **GRANTED** as follows:

1. ECF Filings 39-65 in the matter captioned 2:22-mc-0050 shall be **UNSEALED.**

2. The Redactions proposed by Respondent Winkelman to ECF Filing 28 in the matter captioned 2:22-mc-0050 are **APPROVED** and Respondent George shall file an unsealed version of ECF Filing 28 incorporating those redactions.

3. ECF Filings 1-38 in the matter captioned 2:22-mc-0050, shall remain under seal.

---

[1] This Response was also filed in in the matter captioned 2:22-mc-0051 as ECF No. 72.

4. Pursuant to this Court's Standing Order Regarding Procedures for Access and Management of Sealed Documents (Sept. 23, 2025), the clerk's office shall print an additional copy of the remaining sealed documents (ECF Nos. 2-38) in the matter captioned 2:22-mc-0050 for counsel of Respondent George, or an authorized representative, to collect from the courthouse.

5. Pursuant to the Standing Order Regarding Procedures for Access and Management of Sealed Documents (Sept. 23, 2025) Respondent George shall be responsible for paying the applicable copying fees.

In considering these motions, the Court has not been requested to, and therefore has not taken into account, the Third Circuit's local rules discouraging the filing of documents under seal.

**BY THE COURT:**


  s/ Wendy Beetlestone
**WENDY BEETLESTONE, C.J.**